475 A.2d 742

**Murray BARSKY, D.P.M., Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT
OF PUBLIC WELFARE.**

Supreme Court of Pennsylvania.

Argued May 16, 1984.

Decided May 25, 1984.

Gilbert B. Abramson, Philadelphia, for appellant.

Joel M. Ressler, Harrisburg, for appellee.

## ORDER

PER CURIAM.

Order affirmed.

Larsen, J., dissents and would reach the merits of the case.